**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| VICTORIA NASSIF, CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, LINDSEY DORCUS, ROBIN AMER, and YOHANCE LACOUR, each individually and on behalf of all others similarly situated, | ) | Case No. 1:26-cv-05567 |
| Plaintiffs, | ) | Hon. Jeremy C. Daniel |
| v. | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation, and SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation, | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO**
**RESCHEDULE INITIAL STATUS CONFERENCE**

Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Defendants"), by their undersigned counsel, respectfully move for an order rescheduling the initial status conference currently set for December 1, 2026 at 9:30 a.m. to such other date and time as may be convenient to the Court, and in support thereof, state as follows:

1. Plaintiffs filed a complaint against SEA and SEC on May 13, 2026, asserting causes of action under the Illinois Biometric Information Privacy Act, the Illinois Right of Publicity Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, the Illinois Uniform Deceptive Trade Practices Act, and for unjust enrichment. [Dkt. No. 1]. Defendants' motions to dismiss the Complaint are fully briefed and currently pending before the Court. [Dkt. Nos. 20, 23].

2. On September 15, 2026, this Court scheduled a status conference for December 1, 2026 at 9:30 a.m. [Dkt. No. 25].

3. Lead counsel for Defendants in the Chicago office of Greenberg Traurig, LLP, Gregory E. Ostfeld, has an unavoidable conflict with the currently scheduled hearing date because he will be returning from a previously planned anniversary trip on December 1, 2026. Mr. Ostfeld will accordingly be unable to attend the status conference as currently scheduled.

4. Defendants therefore respectfully request that the Court reset the initial status conference to such other date and time as is convenient for the Court in order to allow undersigned counsel to appear on behalf of Defendants.

5. The continuance of the initial status conference is sought in good faith and not for the purposes of delay, and no party will be prejudiced by the relief requested herein.

6. Counsel for Plaintiffs has no objection to this Motion.

7. The parties have conferred and are mutually available on any of the following dates after December 1, 2026, if any are convenient for the Court: December 3, or January 19, 20, 21, 22, 25, 26, 27, 28, or 29.

WHEREFORE, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully request entry of an order resetting the initial status conference currently set for December 1, 2026, and for such other relief as the Court deems just and proper.

Dated: November 13, 2026

**Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.**

By: */s/ Gregory E. Ostfeld*

Gregory E. Ostfeld
Henry B. Lay
GREENBERG TRAURIG, LLP
360 N. Green Street, Suite 1300
Chicago, Illinois 60607
T: (312) 456-8400
F: (312) 456-8435
ostfeldg@gtlaw.com

henry.lay@gtlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, a true copy of the foregoing has been served electronically by this Court's ECF system upon counsel of record for all parties.

*/s/ Gregory E. Ostfeld*