**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Victoria Nassif, et al.

Plaintiff,

v.

Case No.: 1:26−cv−05567
Honorable Jeremy C. Daniel

Samsung Electronics Co., LTD., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: The defendants' motion to reschedule the initial status conference [42] is granted. The Court will set a new date once it rules on the pending motion to dismiss. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.